**In The**

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-16-00155-CV**
_____

**CROWN HOSPITALITY, INC., Appellant**

**V.**

**CHIMNEY JOINT VENTURE, Appellee**

**On Appeal from the 58th District Court**
**Jefferson County, Texas**
**Trial Cause No. A-193,565**

**MEMORANDUM OPINION**

The appellant, Crown Hospitality, Inc., filed a motion to dismiss this appeal.

The motion is voluntarily made by the appellant prior to any decision of this Court.

*See* Tex. R. App. P. 42.1(a)(1). No other party filed a notice of appeal. We grant

the motion and dismiss the appeal.

1

APPEAL DISMISSED.

_____
CHARLES KREGER
Justice

Submitted on June 1, 2016
Opinion Delivered June 2, 2016

Before Kreger, Horton, and Johnson, JJ.